UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

[X] _____ Original Plan
[ ] _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
[ ] _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Darlen Mangano    JOINT DEBTOR: _____    CASE NO.: 17-24799

SS#: xxx-xx- 0283    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | [ ] Included | [X] Not included |
| Nonstandard provisions, set out in Section VIII | [ ] Included | [X] Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $587.00 for months 1 to 5 ;
2. $798.00 for months 6 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   [ ] NONE   [ ] PRO BONO

| Total Fees: $3500.00 | Total Paid: $1500.00 | Balance Due: $1500.00 |
|---|---|---|
| Payable | $300.00 /month (Months 1 to 5 ) | |

Allowed fees under LR 2016-l(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** [ ] NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: First Invst Svc/first

| | | |
|---|---|---|
| Address: 5757 Woodway Dr. Ste 400 Houston, TX 77057 | Arrearage/ Payoff on Petition Date | $13,966.00 |
| | Payoff (Including interest) | $232.77 /month (Months 1 to 60) |
| | [Select Payment Type] | $0.00 /month (Months ___ to ___) |
| Last 4 Digits of Account No.: 0001 | | |
| Other: 2016 Hyumdai Elantra | | |

Real Property
☐ Principal Residence
☐ Other Real Property
Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Personal Property/Vehicle
☐ Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☒ NONE

| | | |
|---|---|---|
| 1. Creditor: _____ Address: _____ | Value of Collateral: $0.00 | |
| | Amount of Creditor's Lien: $0.00 | |
| Last 4 Digits of Account No.: ____ | Interest Rate: 0.00% | **Payment** |
| Real Property | Check one below: | Total paid in plan: $0.00 |
| ☐ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | $0.00 /month (Months ___ to ___) |
| ☐ Other Real Property | ☐ The debtor(s) will pay | |
| Address of Collateral: | ☐ taxes ☐ insurance directly | |

**2. VEHICLES(S):** ☒ NONE

1. Creditor: _____
   Address: _____
   _____
   Last 4 Digits of Account No.: _____
   VIN: _____
   Description of Collateral: _____
   _____

   Value of Collateral: $0.00
   Amount of Creditor's Lien: $0.00
   Interest Rate: 0.00%

   **Payment**
   Total paid in plan: $0.00

   $0.00 /month (Months ___ to ___)

   Check one below:
   ☐ Claim incurred 910 days or more pre-petition
   ☐ Claim incurred less than 910 days pre-petition

3. **PERSONAL PROPERTY:** ☒ NONE

1. Creditor: _____
   Address: _____
   _____
   Last 4 Digits of Account No.: _____
   Description of Collateral: _____
   _____

   Value of Collateral: $0.00
   Amount of Creditor's Lien: $0.00
   Interest Rate: 0.00%

   **Payment**
   Total paid in plan: $0.00

   $0.00 /month (Months ___ to ___)

   Check one below:
   ☐ Claim incurred 1 year or more pre-petition
   ☐ Claim incurred less than one year pre-petition

C. **LIEN AVOIDANCE**  ☒ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: _____    Collateral: _____
   Address: _____
   _____                Exemption: _____
   Last 4 Digits of Account No.: _____

D. **SURRENDER OF COLLATERAL**: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. | | |

E. **DIRECT PAYMENTS**: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

☐ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

Name of Creditor        Last 4 Digits of Account No.    Description of Collateral (Address, Vehicle, etc.)

1. _____    _____    _____

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   Total Due: _____ $0.00 _____

   Payable _____ $0.00 _____ /month (Months ___ to ___)

   1. Name: _____

   Payment Address: _____

  B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   Total Due: _____ $0.00 _____    Total Payment _____ $0.00 _____

   Payable _____ $0.00 _____ /month (Months ___ to ___)

   1. Name of Creditor: _____

   Payment Address: _____

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE    ☐ CURRENT AND PAID OUTSIDE

   Total Due: _____

   Payable _____ /month (Months ___ to ___)

   1. Name of Creditor: _____

   Payment Address: _____

  D. **OTHER:** ☒ NONE

   Regular Payment (if applicable) _____ $0.00 _____ /month (Months ___ to ___)

   Total Due: _____ $0.00 _____

   Payable _____ $0.00 _____ /month (Months ___ to ___)

   Regular Payment (if applicable) _____ $0.00 _____ /month (Months ___ to ___)

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay _____ $0.00 _____ /month (Months _1_ to _5_)

  A. Pay _____ $492.00 _____ /month (Months _6_ to _60_)

> Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
>
> B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

> 1. Name of Creditor: _____
>
> Payment Address: _____
>
> Last 4 Digits of Account No.: _____
>
> Basis for Separate Classification _____
>
> Payable    $0.00    /month (Months ___ to ___ )

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. _____ | _____ | _____ | ☐ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

☐ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | January 11, 2018 | Joint Debtor | |
|---|---|---|---|
| Darlen Mangano | Date | | Date |

/s/ _____     January 11, 2018
Attorney with permission to sign on          Date
    Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**